Andrew Magdy Kamal
801 W. Big Beaver Road, Suite 300-MB #038
Troy, MI 48084
(248) 238-8245
andrew@starkdrones.org

Plaintiff in *pro per*

⑨
SMC
NP
NC

**FILED**

OCT 04 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

C  24  06971 MMC

ANDREW MAGDY KAMAL, an
individual,

        Plaintiff,

vs.

DESO FOUNDATION, a Delaware
foundation,

        Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Case No.:

**COMPLAINT FOR COPYRIGHT
INFRINGEMENT, UNFAIR
COMPETITION, AND UNJUST
ENRICHMENT**

Plaintiff Andrew Magdy Kamal ("Plaintiff") hereby files this Complaint for

copyright infringement, unfair competition, and unjust enrichment against

Defendant DeSo Foundation ("Defendant"), and for cause would show this

Honorable Court as follows:

## A. PARTIES

1.      Plaintiff Andrew Magdy Kamal is an individual and independent developer residing in Troy, State of Michigan.

2.      Defendant DeSo Foundation is a Delaware Foundation with its principal place of business at Los Altos, California. The sole director of the DeSo Foundation is Nader Al-Naji, who has been identified by the SEC as being charged with Wire Fraud.

## B. JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) as the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.      This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) as the case involves claims arising under federal law.

5.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

occurred in this District, and the Defendant has established Los Altos, California as its primary place of business.

## C. <u>STATEMENT OF FACTS</u>

6.     This case involves substantial intellectual property theft, fraudulent misrepresentation, and violations of privacy, security, and financial laws perpetrated by the Defendant, DeSo Foundation ("Defendant"), against the Plaintiff, an independent developer, and open-source contributor. The Defendant, formerly known as "BitClout", presents itself as a decentralized and open-source platform, while in reality, it operates as a centralized entity, misappropriating the Plaintiff's work, ideas, and code to raise over $17 million in fraudulent funds. *See* **Exhibit 1**.

7.     An independent developer, Plaintiff made significant contributions to the development of BitClout and associated projects in 2021, including the creation of mining tools, smart contract standards, and a stablecoin project.

8.     Despite his contributions, Plaintiff was never affiliated with Defendant and asserts that the Defendant unlawfully used Plaintiff's work without consent, violating both state and federal laws. *See* **Exhibit 2**.

9.     The Defendant Company is directed by Nader Al-Naji, who has been identified by the Securities and Exchange Commission (SEC) in connection with charges of wire fraud. Defendant is the entity behind BitClout, a social media blockchain platform purported to be decentralized but in practice centralized, as evidenced by the Plaintiff's allegations.

10.     Defendant, under the leadership of Nader Al-Naji, launched BitClout as a blockchain-based platform, allowing users to trade cryptocurrencies based on social influence.

11.     However, the platform engaged in trading users' social tokens without their consent. Nader, having previously founded Basis, a defunct cryptocurrency project, used BitClout to replicate this model under a false pretense of decentralization.

12.     Nader Al-Naji, the sole director of the Defendant, has been charged by the SEC with wire fraud, casting serious doubt on the legitimacy of the Defendant's operations. Despite these charges, Defendant continues to raise millions of dollars in venture capital, relying on a veneer of decentralization while controlling all aspects of the platform.

13.     CloutPool, a mining tool created by Plaintiff, was introduced to BitClout on May 18, 2021. Plaintiff's account demonstrated mining updates as

early as April 27, 2021, signaling Plaintiff's role as the true originator of this development. *See* **Exhibits 3, 4, 5, 6 and 7.**

14.     Defendant, through Nader Al-Naji, falsely claimed credit for the first BitClout mining pool as supposed to what was created by Plaintiff, only to later abandon this project in favor of another venture in which Nader had personal investments. Defendant subsequently removed mining from BitClout's architecture entirely, further erasing Plaintiff's contributions from the platform's infrastructure.

15.     ChainTerra, a startup supported by Plaintiff, experienced significant reputational and financial damage due to Defendant's actions. The Plaintiff supported BitClout mining through ChainTerra, but Nader took credit for the first mining pool and later removed mining altogether from the platform's core operations. *See* **Exhibit 8 and 9**.

16.     As a result, ChainTerra's domain is currently being sold for $4,995 without Plaintiff's consent, and the startup has suffered damages, including unpaid fees and the loss of business opportunities, directly caused by the Defendant's conduct.

17.     Plaintiff developed CloutContracts, a smart contract framework integrated with BitClout, and launched this platform on May 31, 2021.

CloutContracts introduced an anti-dumping mechanism for creators, further establishing Plaintiff's role as an innovator within the BitClout ecosystem. *See* **Exhibits 10 and 11**.

18.     On June 2, 2021, CloutContracts began working on the Agoric SDK and engaged in discussions regarding the development of an ERC standard for integration with BitClout. *See* **Exhibit 12**.

19.     On October 26, 2021, CloutContracts released a project paper titled "Social", outlining an algorithmic stablecoin for social influence based off Plaintiff's May and June contributions. This project aimed to separate from BitClout's centralized model. However, on September 21, 2021, Defendant, via the DeSo Foundation, announced a similar initiative, fraudulently raising $200 million and promoting it as an original idea. Defendant's actions constitute a clear violation of the Plaintiff's intellectual property rights. *See* **Exhibit 13**.

20.     Defendant also launched a $10 million seed fund to attract developers, raising further funds under the false representation of an open-source and decentralized platform, which was in direct conflict with Plaintiff's original contributions and proposals.

21.     Plaintiff, in collaboration with CloutContracts, developed BitBadges, which went live on May 24, 2021. BitBadges introduced identity and association

features on BitClout, which were later copied and implemented by Defendant without proper acknowledgment or compensation. *See* **Exhibit 14**.

22.    They offered badges to other BitClout users before the integration of Social NFTs by BitBadges, which occurred more than a month later. *See* **Exhibit 15**.

23.    BitBadges also introduced identity and association features, which were later directly copied by BitClout. *See* **Exhibit 16**.

24.    Instead of integrating BitBadges, which was the first to introduce these features as part of the "open-source" and developer-friendly platform BitClout/DeSo claimed to be, they chose to develop the feature internally. This decision undermined the contributions of developers and further centralized control under Nader Al-Naji, contradicting the platform's decentralization claims. *See* **Exhibits 17 and 18**.

25.    Defendant falsely promoted these features as internal innovations, centralizing control of the platform and sidelining Plaintiff and other developers.

26.    Despite BitBadges being live, on August 13, a core BitClout developer admitted that no real work had been done on the association feature before BitBadges' release, further evidencing Defendant's pattern of appropriation. *See* **Exhibits 19 and 20**.

27.    As early as April 10, 2021, the Plaintiff raised concerns regarding technical issues with BitClout, including glitches and the platform's failure to implement a truly decentralized node model. The Plaintiff also highlighted how BitClout appeared to be an attempt at decentralized social media or NFTs for creators, further underscoring the Plaintiff's grievances with the platform's misrepresentation and flawed structure. *See* **Exhibit 21**.

28.    Plaintiff presents overwhelming evidence of Defendant's deliberate misappropriation of his work, including mining pools, smart contracts, and token algorithms.

29.    Defendant fraudulently raised millions of dollars by presenting Plaintiff's innovations as its own, all while falsely claiming to operate under a decentralized, open-source model.

30.    Plaintiff seeks a judgment in the amount of $17 million, reflecting the damages incurred from Defendant's misconduct and the subsequent fraudulent misrepresentation of Plaintiff's work, which has generated millions of dollars for the Defendant under false pretenses.

## D. CAUSES OF ACTION
### i.  First Cause of Action: Copyright Infringement (Violation of 17 U.S.C. § 501)

31.   Plaintiff incorporates by reference all foregoing paragraphs of this Complaint by reference as though set out in full herein.

32.   Plaintiff is the author and owner of original works of authorship fixed in tangible media, including but not limited to the source code for CloutPool, CloutContracts, and contributions to BitBadges.

33.   Defendant has copied, reproduced, distributed, and/or publicly displayed Plaintiff's copyrighted works without authorization.

34.   In *Perfect 10, Inc. v. Amazon.com, Inc.*, 508 F.3d 1146 (9th Cir. 2007), the Ninth Circuit Court of Appeals clarified the standards for copyright infringement in the digital context. The court held that a plaintiff must show (1) ownership of the allegedly infringed material and (2) violation by the alleged infringer of at least one of the exclusive rights granted to copyright holders.

35.   Plaintiff is the owner of the original works, including the source code for CloutPool, CloutContracts, and contributions to BitBadges. These are original works of authorship fixed in a tangible medium, as required by copyright law.

36.   Defendant has violated Plaintiff's exclusive rights by reproducing, distributing, and publicly displaying his copyrighted works without authorization. This is evidenced by Defendant's implementation of features and

1  applications strikingly similar to those developed by Plaintiff, without his
2
3  permission or acknowledgment.

4      37.    The *Perfect 10* case also addressed the issue of fair use, which the
5
6  DeSo Foundation might attempt to claim. However, given the commercial nature
7  of the Foundation's use and the potential market harm to Mr. Kamal, such a
8
9  defense is unlikely to succeed.

10     38.    In *Shaw v. Lindheim,* 919 F.2d 1353 (9th Cir. 1990), the Ninth Circuit
11
12 established a two-part test for determining substantial similarity in copyright
13 cases:
14
15         a. An "extrinsic test" focusing on articulable similarities between the
16             plot, themes, dialogue, mood, setting, pace, characters, and sequence
17
18             of events.
19
20         b. An "intrinsic test" examining whether the ordinary, reasonable
21             person would find the total concept and feel of the works to be
22
23             substantially similar.
24     39.    There are specific, articulable similarities between Plaintiff's original
25
26 works (e.g., CloutPool, CloutContracts) and the features implemented by
27 Defendant. These similarities extend to the functionality, structure, and sequence
28 of operations in the code.

---

40.   A reasonable person in the blockchain and cryptocurrency development community would likely find the total concept and feel of Plaintiff's works and Defendant's implementations to be substantially similar.

41.   Defendant's actions constitute willful copyright infringement under 17 U.S.C. § 501.

42.   As a direct and proximate result of Defendant's copyright infringement, Plaintiff has suffered and continues to suffer monetary damages.

43.   Plaintiff is entitled to recover damages, including any profits made by Defendant that are attributable to the infringement and statutory damages, under 17 U.S.C. § 504.

## ii. Second Cause of Action: Unjust Enrichment (Violation of California Business and Professions Code § 17200 et seq.)

44.   Plaintiff incorporates by reference all foregoing paragraphs of this Complaint by reference as though set out in full herein.

45.   Defendant's actions, as described above, constitute unlawful, unfair, and fraudulent business practices under California's Unfair Competition Law.

46.   Defendant's misrepresentations about the nature of its platform, false claims of being first to market, and appropriation of Plaintiff's work have harmed Plaintiff's business prospects and the public.

47.     In *Cel-Tech Communications, Inc. v. Los Angeles Cellular Telephone Co.*, 20 Cal. 4th 163 (1999), the California Supreme Court defined unfair competition under California law. The court held that for conduct to be considered "unfair" under the UCL in cases between direct competitors, it must be conduct that "threatens an incipient violation of an antitrust law, or violates the policy or spirit of one of those laws because its effects are comparable to or the same as a violation of the law, or otherwise significantly threatens or harms competition."

48.     Defendant's conduct threatens competition in the blockchain and cryptocurrency development market. By misappropriating Plaintiff's innovations and falsely claiming to be first to market, Defendant is stifling competition and innovation from independent developers.

49.     Defendant's actions violate the spirit of antitrust laws by leveraging its market position and resources to appropriate the work of smaller competitors, thereby maintaining and extending its market dominance unfairly.

50.     The effects of Defendant's actions are comparable to antitrust violations, as they result in reduced competition, decreased innovation, and potential monopolization of certain features in the blockchain social media space.

51.     In *Kwikset Corp. v. Superior Court*, 51 Cal. 4th 310 (2011), the California Supreme Court clarified the standing requirements for UCL claims. The court

held that to have standing, a plaintiff must "(1) establish a loss or deprivation of money or property sufficient to qualify as injury in fact, i.e., economic injury, and (2) show that that economic injury was the result of, i.e., caused by, the unfair business practice or false advertising that is the gravamen of the claim."

52.    Plaintiff has suffered clear economic injury. He has been deprived of potential profits and business opportunities that would have resulted from the proper attribution and use of his innovations.

53.    This economic injury is directly caused by Defendant's unfair business practices, including their misappropriation of Plaintiff's work and false claims about being first to market with certain features.

54.    Plaintiff clearly meets the standing requirements set forth in *Kwikset*, strengthening his unfair competition claim.

55.    As a direct and proximate result of Defendant's unfair competition, Plaintiff has suffered and continues to suffer monetary damages and irreparable harm.

### iii. Third Cause of Action: Unjust Enrichment

56.    Plaintiff incorporates by reference all foregoing paragraphs of this Complaint by reference as though set out in full herein.

57.   Defendant has been unjustly enriched at Plaintiff's expense by using and profiting from Plaintiff's ideas, code, and implementations without compensation or acknowledgment.

58.   In *Astiana v. Hain Celestial Group, Inc.*, 783 F.3d 753 (9th Cir. 2015), the Ninth Circuit Court of Appeals recognized unjust enrichment as a standalone cause of action under California law. The court held that when a plaintiff alleges unjust enrichment, courts may construe the cause of action as a quasi-contract claim seeking restitution.

59.   Plaintiff alleges that Defendant has been unjustly enriched by using his ideas, code, and implementations without compensation or acknowledgment.

60.   Defendant has received a benefit (the use and profit from Plaintiff's innovations) at Plaintiff's expense. It would be unjust for Defendant to retain this benefit without compensating Plaintiff.

61.   The recognition of unjust enrichment as a standalone cause of action strengthens Plaintiff's ability to seek restitution for the benefits unfairly retained by Defendant.

62.   In *Peterson v. Cellco Partnership*, 164 Cal. App. 4th 1583 (2008), the California Court of Appeal outlined the elements of an unjust enrichment claim:

(1) receipt of a benefit and (2) unjust retention of the benefit at the expense of another.

63.    Defendant has clearly received a benefit from Plaintiff's work. They have implemented features and applications based on his innovations, which have contributed to their ability to raise substantial funding and attract users to their platform.

64.    Defendant's retention of these benefits is unjust because they have not compensated or acknowledged Plaintiff for his contributions. They have profited from his work while simultaneously damaging his business prospects through their false claims of being first to market.

65.    Plaintiff has demonstrated both elements required for an unjust enrichment claim. It would be inequitable for Defendant to retain the benefits gained from Plaintiff's work without compensating Plaintiff.

## E. <u>PRAYER FOR RELIEF</u>

REASONS WHEREFORE, Plaintiff Andrew Magdy Kamal respectfully requests that this Court enter judgment in his favor and against Defendant DeSo Foundation as follows:

i.   AWARD Plaintiff damages in the amount of $17,000,000 for the infringement of his intellectual property and the unjust enrichment of Defendant;

ii.   ENJOIN Defendant from further use of Plaintiff's intellectual property;

iii.   ORDER Defendant to provide a full accounting of all revenues and profits derived from the use of Plaintiff's intellectual property;

iv.   AWARD Plaintiff restitution of all benefits unjustly retained by Defendant;

v.   AWARD Plaintiff his costs and reasonable attorneys' fees incurred in this action;

vi.   AWARD Plaintiff pre-judgment and post-judgment interest as allowed by law; and

vii.   GRANT such other and further relief as the Court deems just and proper.

Dated this 30th day of September, 2024.

Respectfully Submitted,

Andrew Magdy Kamal,
Plaintiff in *pro per*

# **<u>Exhibit 1</u>**







crunchbase    Search Crunchbase    Advanced ⌄    ⚡ START FREE TRIAL    Solutions ⌄    Products ⌄    Resources ⌄    Pricing    Log In

⊡ INVESTMENT FIRM

# DeSo Foundation

⚡ CONNECT TO CRM    ⊕ SAVE    ⋮

Summary    Financials    Investments    People    Technology    Signals & News

## About

Layer-1 blockchain built to power storage-heavy apps, like social apps, listed on Coinbase with 1.5M+ wallets.

📍 Los Altos, California, United States

👥 11-50

🌐 deso.com ↗

📊 2,166

## Highlights

Investments
3

Diversity Investments
1

🔒 Total Funding Amount
Unlock for free

Employee Profiles
1

Contacts
3

Investors
22

## Recent News & Activity

🗞 News • Jul 30, 2024
SEC Filings — Nader Al-Naji ("Al-Naji" or "Defendant") and Buse Desticioğlu Al-Naji, Joumana Bahouth Al-Naji,

🗞 News • Feb 7, 2024
Decrypt — Coinbase-Backed DeSo SocialFi App Focus Raises $75 Million in One Week

🗞 News • Feb 7, 2024
Decrypt — Coinbase-Backed DeSo SocialFi App Focus Raises $75 Million in One Week

VIEW ALL  ›

# **<u>Exhibit 2</u>**



# **<u>Exhibit 3</u>**



Login | Kamal | DeSo | nader | Nader | Hi, I'm | Clout | Clout | chaint | 3909f | clout-

https://bitclout.com/posts/2aa3b1d32a15769ee8fb402473c32cea5bd142622ab32985935fad652ab01576

BitClout

Log In

• Home

Buy Creator Coins

Buy $DESO

**Thread with CloutPool**

**CloutPool** ~$0.21 Buy

For those who lack patience, keep in mind, most of our minor and development updates are posted at @AMKN. Thank you!

2 Reposts 0 Quote Reposts 17 Likes 9 Diamonds

1237d

Apr 27, 2021, 10:31:20 PM

**aleksshcherbakov** ~$0.09 Buy

replying to @CloutPool

NiCe!invest $100

0 0 0 0 1224d

Search

$DESO Price ~$6.54 USD per coin

**Welcome to DeSo!**

Sign Up Log In

Top Creators All Time

| | |
|---|---|
| WhaleDShark | ~$1,390.74 |
| dharmesh | ~$830.83 |
| WHALEM | ~$665.52 |
| Da5id | ~$603.21 |
| diamondhands | ~$442.40 |
| PremierNS | ~$435.32 |
| elonmusk | ~$398.94 |
| HighKey | ~$335.64 |

# **Exhibit 4**



**CloutPool** ~$0.21 **Buy**                                    ...

@AMKN is already working on things, including much more software.
Follow him for updates. Lots of more things are coming soon :) Keep in
mind most dev updates are posted at @AMKN while announcements
are here :)



**CloutPool** ~$0.21 **Buy**

Few things:
#1 The whitepaper has already been released a while
back: git.io/Js8XU
#2 (As promised), here are the early software releases:
CloutPool: git.io/JsanB
Config: git.io/Jsanu
Please bare with us as this is experimental.



Q  0        ↻ 2        ♡ 3        ◈ 2        ⊝ 1216d

# **<u>Exhibit 5</u>**



**CloutPool**  ~$0.21  **Buy**

These configs are WIPs, but they have been released today.

Follow @AMKN for all minor dev updates.

Cuda: git.io/Jspox
Hive OS: git.io/JspKv
Node Stratum Server: git.io/JspKZ

Expect more updates quite soon :)

Also, we are now on @BitHunt



MORE CONFIGS RELEASED TODAY!

◯ 0        ⇄ 3        ♡ 11        ◈ 2        ⊖ 1210d

# **Exhibit 6**



**CloutPool**   ~$0.21   **Buy**   •••

See the gif below regarding the progress that has been happening w/
@CloutPool. We are going to be both a software + hardware play,
which is why @AMKN has been essentially quite busy. Follow him for
minor dev updates and more updates should be quite soon!



AS WELL AS CUSTOM HARDWARE SUCH AS EGPU BUILDS

 0    3   ♡ 8    3   ⊖ 1202d

# **Exhibit 7**



**AMKN** ~$0.68 **Buy**

Hey guys, after syncing the core node for BitClout, "sudo docker run -i -t dockertag run" also works, you can download the node-stratum software for @CloutPool locally and mine on stratum + GPU w/ ZERO FEES (if local). This was available many, many weeks ago.



○ 1    ↻ 2    ♡ 0    ◈ 0    ⊝ 1196d

---

↻ @CloutPool reposted    •••



**AMKN** ~$0.68 **Buy**

Some people dumped @CloutPool and @CloutLock overnight while I was taking a short break. Don't worry, lots of technology has been and is being built and that doesn't worry me. I'm tired, but staying motivated with or without the support. Buy at your own risk, but I got this.

○ 0    ↻ 1    ♡ 0     0    ⊝ 1201d

# **Exhibit 8**



# **Exhibit 9**



https://bitclout.com/u/CloutContracts
BitClout
Log In
Home
Buy Creator Coins
Buy $DESO
CloutContracts ~$6.48 Buy
Good news! The sign-up page for CloutContracts is live:
cloutcontracts.github.io
We are hoping to get a large amount of signups before launching the test network, but should be launching extremely soon! Follow @AMKN for dev updates :) FR is at 100% tell test net launch.
CloutContracts
Coming Soon!
Our Goal
May 31, 2021, 5:13:43 PM
0
7
2
0
1203d
$DESO Price
~$6.54 USD per coin
Welcome to DeSo!
Sign Up
Log In
Top Creators All Time
WhaleDShark ~$1,390.74
dharmesh ~$830.83
WHALEM ~$665.52
Da5id ~$603.21
diamondhands ~$442.40
PremierNS ~$435.32
elonmusk ~$398.94
HighKey ~$335.64
pearl ~$325.13
artz ~$309.78

# Exhibit 10



https://bitclout.com/u/CloutContracts

BitClout

Log In

- Home
- Buy Creator Coins
- Buy $DESO

0 3 5 0 1201d

**CloutContracts** ~$6.48 Buy

Hello world! We aren't sure if we will use this or not (announcement if we do), but @AMKN has just created an anti-dumping mechanism for project coins and it may be worth checking out:
github.com/CloutContracts/ADM
Feel free to use this for your project.

0 3 0 1 1202d

**CloutContracts** ~$6.48 Buy

This likely can be one of the biggest applications on BitClout if enough people sign-up and it has a successful network launch.

$DESO Price ~$6.54 USD per coin

**Welcome to DeSo!**

Sign Up Log In

Top Creators All Time

| | |
|---|---|
| WhaleDShark | ~$1,390.74 |
| dharmesh | ~$830.83 |
| WHALEM | ~$665.52 |
| Da5id | ~$603.21 |
| diamondhands | ~$442.40 |
| PremierNS | ~$435.32 |
| elonmusk | ~$398.94 |
| HighKey | ~$335.64 |
| pearl | ~$325.13 |
| artz | ~$309.78 |

# **Exhibit 11**



https://bitclout.com/u/CloutContracts
BitClout
Log In
Home
Buy Creator Coins
Buy $DESO
0
5
4
1
1200d
CloutContracts ~$6.46 Buy
What will happen when @CloutContracts becomes an issuer? Keep in mind the testnet will be for the Agoric SDK. If mainnet phase is a high speed Ethereum rollups layer, than we are expecting some big players. Sign-up for beta/testnet here: bit.ly/3uQpsdz :) Keep going @AMKN
$DESO Price ~$6.52 USD per coin
Welcome to DeSo!
Sign Up
Log In
Top Creators All Time
WhaleDShark ~$1,386.49
dharmesh ~$828.29
WHALEM ~$663.49
Da5id ~$601.36
diamondhands ~$441.05
PremierNS ~$433.98
elonmusk ~$397.72
HighKey ~$334.61
pearl ~$324.13

# **<u>Exhibit 12</u>**



https://bitclout.com/u/CloutContracts

BitClout

0 3 4 1 1046d

Log In

- Home
- Buy Creator Coins
- Buy $DESO

**CloutContracts** ~$6.46 Buy

CloutContracts has an exciting new announcement! We are working on a conceptual project called "Social", it is an algorithmic stable coin for social influence.
engrxiv.org/q89xm
github.com/CloutContracts/social
via cloutcontracts.net

0 2 15 0 1056d

CloutContracts ~$6.46 Buy

**Welcome to DeSo!**

Sign Up Log In

Top Creators All Time

| | |
|---|---|
| WhaleDShark | ~$1,386.49 |
| dharmesh | ~$828.29 |
| WHALEM | ~$663.49 |
| Da5id | ~$601.36 |
| diamondhands | ~$441.05 |
| PremierNS | ~$433.98 |
| elonmusk | ~$397.72 |
| HighKey | ~$334.61 |
| pearl | ~$324.13 |
| artz | ~$308.84 |

# **Exhibit 13**



https://diamondapp.com/posts/89d2d0d02e1b41254992e1c09d9dd4973ce6b8d33fa33edfbb08d67acc4afc53

diamond

Search...

Log In

Sign Up

Home

Notifications

Discover

Messages

My Profile

Post

Blog Post

diamondhands ~$441.05 Buy • 1091d

Follow

BitClout family, today is a very big day for the project. Perhaps the biggest day since we launched in March.

Today, several critical things are happening:

* The blockchain powering BitClout, and the over 100 apps building on top of it (bithunt.com/explore), will now be known as the DeSo blockchain, short for "decentralized social." Check out deso.org!

* We are creating a non-profit called the DeSo foundation that will support the blockchain, and further a broad mission of decentralizing social media.

* The foundation will use a $200 million treasury raised from Sequoia, Social Capital, Andreessen Horowitz, and many others to support its mission. There is also a strategy to support everybody from developers, to NFT artists, to smaller creators and their coins, and we're very excited to announce all of those plans very soon.

Why are we doing this? 👇

8:50 AM • Sep 21, 2021

Top Creators All Time

| | | |
|---|---|---|
| WhaleDShark | Follow | ~$1,386.49 |
| dharmesh | Follow | ~$828.29 |
| WHALEM | Follow | ~$663.49 |
| Da5id | Follow | ~$601.36 |
| diamondhands | Follow | ~$441.05 |
| PremierNS | Follow | ~$433.98 |
| elonmusk | Follow | ~$397.72 |

# **<u>Exhibit 14</u>**



Login | Kama | DeSo | nade | Nade | Hi, I'r | desc | diam | BitBa | chair | 3909 | clout

https://diamondapp.com/posts/2bc567377c54b9e19100a5cfd960176db9d997a6c0b9e6885145d678b2e8494d

diamond

Search...

Log In Sign Up

- Home
- Notifications
- Discover
- Messages
- My Profile

Post

Blog Post

BitBadges' Post

**BitBadges** ~$0.34 Buy • 1211d
Follow

Excited to announce I have just released the first working version of BitBadges! Click the link in bio to check it out! It is a platform where you can issue badges to other BitClout users!

11:06 AM • May 24, 2021

1 Repost 0 Quote Reposts 3 Reactions 0 Diamonds

**BitBadges** ~$0.34 Buy • 1211d
Follow

replying to @BitBadges

I know it still needs a lot of work, but hopefully, you can get a glimpse of how it will work and how it can change the future of BitClout!

0 0 0 0

Top Creators All Time

| | |
|---|---|
| WhaleDShark Follow | ~$1,386.49 |
| dharmesh Follow | ~$828.29 |
| WHALEM Follow | ~$663.49 |
| Da5id Follow | ~$601.36 |
| diamondhands Follow | ~$441.05 |
| PremierNS Follow | ~$433.98 |
| elonmusk Follow | ~$397.72 |

# **Exhibit 15**



https://diamondapp.com/nft/89561b924ab9d51ea16320a55fe7224b40d6b85d5e73b25297de9a67452acc78
diamond
Search...
Log In
Sign Up
Home
Notifications
Discover
Messages
My Profile
Post
Blog Post
diamondhands's NFT
diamondhands ~$441.05 Buy • 1145d
Follow
Today, BitClout takes the NFT space to the next level by creating a whole new category: Social NFTs.
Mixing crypto and social has been BitClout's superpower from day one, and now we're using it to pioneer new use-cases for NFTs that haven't been possible before...
7:53 PM • Jul 28, 2021
116 Reposts
51 Quote Reposts
496 Reactions
169 Diamonds
0 of 1 for sale
Last price: ≈$3,260.00
Thread
All Bids
Owners
Top Creators All Time
WhaleDShark ~$1,386.49
Follow
dharmesh ~$828.29
Follow
WHALEM ~$663.49
Follow
Da5id ~$601.36
Follow
diamondhands ~$441.05
Follow
PremierNS ~$433.98
Follow
elonmusk ~$397.72
Follow

# Exhibit 16



# 1 Associations

A social network can be visualized as an undirected graph with users and posts acting as nodes and their interactions acting as the edges connecting them.

An *"association"* is a transaction type on the DeSo blockchain to embody those edges to help connect this graph.

There are two types of associations:

1. **User associations**
2. **Post associations**

And in total, we've introduced **4 new distinct transaction types** on the DeSo blockchain to support associations:

- *CREATE_USER_ASSOCIATION*
- *DELETE_USER_ASSOCIATION*
- *CREATE_POST_ASSOCIATION*
- *DELETE_POST_ASSOCIATION*

User Examples

Post Examples

Infinite Use-Cases

# **Exhibit 17**



# Adding BitBadges to bitclout.com frontend #105

trevormil started this conversation in Medium CIPs

**trevormil** on Aug 2, 2021 · edited ▾ · ···

### What is BitBadges?

BitBadges is an open source, community driven platform where BitClout users can issue NFT badges to other users!

Like BitClout laid the foundation by providing public access to data like posts, messages, transactions, etc. BitBadges lays the foundation by providing public access to badges. We offer a public, open source API with access to all data for all badges so anyone can build whatever they wish on top of our ecosystem.

### What would we like to add?

We would like to add support for issuing badges and displaying one's earned badges on their profile to the bitclout.com frontend. We have already launched on CloutFeed and would like to add all the same functionality here for desktop users.

Note: @trevormil will happily do all the work and create a PR for this, but we are looking to get approval first before I waste any time.

### What are badges?

Badges take inspiration from NFT tokens, but the main difference between them is that badges are tied to a public key and non transferable. So once you earn one, no one can ever take it away from you!

### What is our long term vision and how will this help BitClout?

In the short term, we offer a fun and unique feature to BitClout for users to engage and interact with their community. Badges can be issued for anything from loyal fan badges to access tickets to verification checks.

In the long term, we aim to be the one stop shot for cross chain NFTs. For example, we are working on implementing a way to issue a badge NFT from your $CLOUT wallet to someone's SETH wallet. Eventually, the vision is that we want everyone to have the ability to link their wallets to their $CLOUT profile, and then, your $CLOUT profile becomes your digital identity for all wallets. Just like you go onto OpenSea and see all your ERC-721 NFTs for your wallet, you would be able to go onto BitClout and all in one place, see your $CLOUT NFTs, ERC-721 NFTs, badges issued to your $CLOUT Profile, and badges issued to your SETH profile.

### How is this implemented?

Currently, we have our own open source API where we use BitClout Identity to verify users are who they say they are. All badge data is stored on IPFS, and the file hash of that data is posted on the BitClout chain via a posting account @BitBadgesHash. So, all badge data is stored in three places (IPFS, database, and @BitBadgesHash) to always verify that we are being honest and can always be trusted. We would also love to discuss about storing this data on the BitClout chain legitly as well.

Documentation: bitbadges.github.io
Source Code: https://github.com/BitBadges

Happy to answer any questions! Let me know what you think!

↑ 1

---

## 2 comments

Oldest  Newest  Top

**danwils33** on Aug 2, 2021 · ···

game changer! let's get it done!

↑ 2  🔥 1                                    0 replies

---

**tjino** on Aug 2, 2021 · edited ▾ · ···

I think there needs to be consideration given to what 3rd party apis are integrated, and how.

And with bitclouts stated intention to go away in future – would it make more sense to make this super easy for node operators to add to their current nodes?

Eg if it was an easy change – that doesnt make it hard to merge with the main upstream branch changes daily – i would add it to tyn.club for sure.

↑ 1  🔥 1                                    0 replies

**Sign up for free** to join this conversation on GitHub. Already have an account? Sign in to comment

# **Exhibit 18**



**BitBadges Integration** #118

trevormil on Aug 12, 2021 · 3 comments · 6 replies

Return to top

founders should be doing? Picking and choosing winners? Crypto is about decentralization and no barriers to entry. BitClout s looking more like a ponzi scheme right now than a true crypto decentralized protocol.

trevormil  on Aug 12, 2021   Author

Like I said, we have big plans for BitBadges in the crypto space. Would love to discuss everything we have in mind with you. We hope we can include BitClout in our plans as well, but we will move on if necessary.

maebeam  on Aug 13, 2021

To clarify, no work has been done on associations. I just wanted to make sure you were aware of the associations idea and that it could be used to create badges.

trevormil  on Aug 13, 2021   Author

edited ▾   ...

Apologies. From your comment, it made it seem like this was the solution you already had implemented or were currently implementing. I take back a lot of what I said and sorry for jumping to conclusions. I still feel that the communication was poor, but I was mistaken on the other points.

Yes, I was made aware of the "associations" idea by diamondhands in DMs. I told him that was exactly what we are building with BitBadges and sent 4 more messages to him regarding it, sent multiple posts, and even made a CIP, and no response or communication. Especially with developers, I feel there needs to be a lot better communication. Also, I feel there needs to be a better job done with not picking and promoting certain community projects because that is just stifling competition. The core team should remain quiet on this and let both competition and the community decide what product is best.

As for your other points, I agree. It is valuable enough to store on chain which is why I have been reaching out for help/approval to get it integrated on chain. We already have a fully working implementation of the associations idea and would love to work with the core team to get it implemented. That is our goal and why I have been reaching out. Even if we don't use BitBadges for verification, I would love to include badges into the bitclout com frontend because it is a great new feature that has many exciting use cases that

# **<u>Exhibit 19</u>**



**diamondhands** ✓

$461.36

Hey would love to discuss @BitBadges and the NFT launch with you. I think they are mutually beneficial and will really change the way we use BitClout. Basically BitBadges offers an NFT solution for BitClout but the NFTs are non transferable hence badges. So once you earn an NFT badge it is on the blockchain and can never be taken away from your bitclout public key

Hmm I think this is interesting but it feels it should be separate from NFTs. We've had ideas around "associations" to replace verifications, and it seems like a similar concept. See the FAQ:

https://docs.bitclout.com/faq/bitclout-faq#when-will-verification-and-profile-blocks-move-on-chain-and-how-will-this-work-itsaditya-tijn

If you'd like to move the ball forward here, I think the best thing would be to open up a Github discussion on the CIPs repo. Since this is potentially a large consensus-level change, it would be good to do a CIP for it after discussing it with the communiy:



github.com/bitclout/cips

Jul 11

Send

S&P 500

3:59 PM
8/9/2024

# **<u>Exhibit 20</u>**

**diamondhands** ✓

$461.36

https://docs.bitclout.com/faq/bitclout-faq#when-will-
verification-and-profile-blocks-move-on-chain-and-
how-will-this-work-itsaditya-tijn

If you'd like to move the ball forward here, I think
the best thing would be to open up a Github
discussion on the CIPs repo. Since this is
potentially a large consensus-level change, it would
be good to do a CIP for it after discussing it with
the communiy:

github.com/bitclout/cips

Jul 11

Yea the "associations" idea is exactly what we are
building! Each association however is marked with an
NFT badge (picture, title, description, url, etc).
Our current setup is we mint on IPFS and post the
hashes on the BitClout chain via a post. We are
preparing to launch on CloutFeed within the next
week, and I can give you a sneak peak before that if
you are interested.

Hey just launched on CloutFeed in its newest update
with @BitBadges if you want to check it out! Pretty
much the associations idea linked with NFTs! Would
love to talk about a couple things regarding the
project with you (getting it integrated into
bitclout.com frontend and also seeing if there is a
better method to storing on chain)

Send

# **Exhibit 21**

My First Impressions on BitClout



