IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MAGDY KAMAL,<br><br>    Plaintiff,<br><br>    v.<br><br>DESO FOUNDATION,<br><br>    Defendant. | Case No. 24-cv-06971-MMC<br><br>**ORDER RE: PLAINTIFF'S GENERIC MOTION; DENYING ALTERNATIVE SERVICE**<br><br>Re: Dkt. No. 30 |

Before the Court is plaintiff's "Generic Motion," whereby plaintiff "request[s] to amend the complaint to incorporate all of DeSo Foundation's DBAs, shell companies, and Nader [Al-Naji], . . . or to obtain an approved method of alternative service." (See Doc. No. 30.)

To the extent plaintiff wishes to file an amended complaint, leave of court is not necessary. See Fed. R. Civ. P. 15(a)(1) (providing, inter alia, "[a] party may amend its pleading once as a matter of course" any time up to "21 days after serving it").

To the extent plaintiff again seeks approval for alternative service of defendant DeSo Foundation, however, such request is hereby DENIED, plaintiff having failed to show good cause for reconsideration of the Court's prior order denying plaintiff's earlier filed motion for alternative service. (See Doc. No. 29); see also Civil L.R. 7-9 (setting forth grounds for reconsideration of prior order).[1]

**IT IS SO ORDERED.**

Dated: November 26, 2025

                                                           MAXINE M. CHESNEY
                                                           United States District Judge

---

[1] Although plaintiff states he encountered some difficulty in obtaining a summons from the Clerk's Office for the one currently named defendant, plaintiff need do no more than complete a form of summons, available on the Northern District's website, by filling in the title of the case and putting "DeSo Foundation" in the "To" box. No address is necessary. Most importantly, no DBA for DeSo Foundation should be added as the Complaint does not include a DBA for said defendant.