IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW MAGDY KAMAL,

Plaintiff,

v.

DESO FOUNDATION,

Defendant.

Case No.  24-cv-06971-MMC

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Before the Court is plaintiff Andrew Magdy Kamal's "Motion for Default Judgment," filed January 17, 2026.  Prior to moving for default judgment, however, a plaintiff must submit to the Clerk of Court a Request for Entry of Default.  See Fed. R. Civ. P. 55(a); see also City of New York v. Mickalis Pawn Shop, LLC, 645 F.3d 114, 128-29 (2d Cir. 2011) (holding "Rule 55 provides a two-step process for the entry of judgment against a party who fails to defend: first, the entry of default, and second, the entry of default judgment") (internal quotation and citation omitted)).

Accordingly, plaintiff's Motion for Default Judgment is hereby DENIED without prejudice to refiling if a Clerk's default is entered.

**IT IS SO ORDERED.**

Dated: February 9, 2026

_____
MAXINE M. CHESNEY
United States District Judge